UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO.  8:13-cr-427-T-17EAJ

ARAFAT ALJUBEH

## ORDER VACATING PRELIMINARY ORDER OF FORFEITURE
## FOR SUBSTITUTE ASSET (DOC. 45)

The United States moves pursuant to 21 U.S.C. § 853(n), as incorporated

by 18 U.S.C. § 2323(b)(2), to vacate the preliminary order of forfeiture for the

following vehicle as a substitute asset in partial satisfaction of defendant Arafat

Aljubeh's $24,290.99 forfeiture money judgment:   a 2007 GMC Denali 4WD

truck, vehicle identification number 1GKFK63897J363995.  Being fully advised in

the premises, the Court finds as follows:

Arafat Aljubeh pleaded to one count of conspiracy to traffic in counterfeit

goods, in violation of 18 U.S.C. §§ 2320 and 371.  He was adjudicated guilty, and

prior to sentencing the United States filed a Motion for Forfeiture Money

Judgment (Doc. 36) against the defendant in the amount of $24,290.99,

representing the amount of proceeds he obtained as a result of the conspiracy

charged in Count One.  On May 7, 2014, the Court entered the Forfeiture Money

Judgment holding Aljubeh personally liable for the $24,290.99.  Doc. 38. On May

7, 2014, Aljubeh was sentenced, and the Forfeiture Money Judgment was

included in the defendant's Judgment.  Doc. 43.

The United States subsequently filed a Motion for Preliminary Order of Forfeiture for Substitute Asset (Doc. 44), seeking forfeiture of a 2007 GMC Denali 4WD truck, vehicle identification number 1GKFK63897J363995, then registered to Arafat Aljubeh, as a substitute asset to partially satisfy the defendant's $24,290.99 money judgment.  The Court granted the United States' motion and entered the Preliminary Order of Forfeiture for Substitute Asset for the Denali truck on June 3, 2014.  Doc. 45.

The United States has been informed that subsequent to the entry of the Preliminary Order of Forfeiture, on June 21, 2014 the defendant transferred the Denali to Select Motors of Tampa, Inc., and the vehicle was sold to a third party who had no knowledge that the vehicle was subject to forfeiture.

Accordingly, it is hereby **ORDERED**

1.      That the Motion of the United States is GRANTED.

CASE NO. 8:13-CR-427-T-17EAJ

    2.    Pursuant to 21 U.S.C. § 853(n), incorporated by 18 U.S.C.

§ 2323(b)(2), the preliminary order of forfeiture for the 2007 GMC Denali 4WD

truck, vehicle identification number 1GKFK63897J363995 (Doc. 45), is

**VACATED.**

    **ORDERED** in Tampa, Florida, on ~~August~~ NOVEMBER 10th 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel/Parties of Record

3